**Order entered May 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

### TODD PRUETT, Appellant

### V.

### MARK STOLZ, ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-07463

## ORDER

Before the Court is appellant's May 20, 2013 motion for a reporter's record. Appellant asks this Court to order the court reporter of the 265th Judicial District Court to prepare and file a reporter's record from a hearing held on September 13, 2012. It does not appear that the record from the proceedings in the 265th Judicial District Court was made part of the record in the proceedings on appeal in this case. Accordingly, we **DENY** the motion.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE